**W. Reginald ROSE, Jr.; et al.,**
**Plaintiffs–Appellants,**

v.

**COUNTRYWIDE HOME LOANS,**
**Defendant–Appellee.**

**No. 08–16431.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 6, 2009.

W. Reginald Rose, Jr., Las Vegas, NV, pro se.

Laura J. Rose, Las Vegas, NV, pro se.

J. Christopher Jorgensen, Esquire, Daniel F. Polsenberg, Lewis and Roca LLP, Las Vegas, NV, for Defendant–Appellee.

Before PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

W. Reginald Rose, Jr., and Laura J. Rose appeal pro se from the district court's order dismissing their civil rights complaint for failing to comply with Rule 8 of the Federal Rules of Civil Procedure. We dismiss the appeal for lack of jurisdiction.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court dismissed the Roses' complaint without prejudice and granted leave to amend. Rather than filing an amended complaint or obtaining a final order of dismissal from the district court, the Roses filed a notice of appeal. We therefore lack jurisdiction. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136–37 (9th Cir.1997) (en banc) (holding that a district court's dismissal that expressly grants leave to amend is not final, and that a final judgment must be obtained before such a case becomes appealable).

**DISMISSED.**